Lawrence TRABER;  Elge L. Traber,
Plaintiffs–Appellants,

v.

MORTGAGE ELECTRONIC REGIS-
TRATION SYSTEMS, INCORPORAT-
ED;  Fannie Mae;  Imortgage Services,
Defendants–Appellees,

and

Bank of America Home Loans Ser-
vicing LP;  Mid–Atlantic Financial
Services, Incorporated, Defendants.

No. 12–2229.

United States Court of Appeals,
Fourth Circuit.

Submitted:  Feb. 21, 2013.

Decided:  Feb. 25, 2013.

Lawrence Traber, Elge L. Traber, Ap-
pellants Pro Se. Kelli A. Burns, McGuire-
woods, LLP, Charlotte, North Carolina;
Mark Clifford Kurdys, Roberts & Stevens,
PA, Asheville, North Carolina, for Appel-
lees.

Before AGEE and DAVIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lawrence and Elge L. Traber appeal
from the district court's order accepting
the recommendation of the magistrate
judge and dismissing their action in which
they asserted a claim pursuant to the Fed-
eral Racketeer Influenced and Corrupt Or-
ganizations Act, and a claim for quiet title
under North Carolina law.  We have re-
viewed the record and find no reversible
error.  Accordingly, we affirm for the rea-
sons stated by the district court.  *Traber
v. Mortg. Elec. Registration Sys. Inc.*, No.
1:11–cv–00126–GCM–DLH, 2012 WL
4089282 (W.D.N.C. Sept. 17, 2012).  We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*